1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA — EASTERN DIVISION

| | |
|---|---|
| DAWN HUEBNER,<br><br>          Plaintiff,<br><br>     vs.<br><br>EQUIFAX INFORMATION<br>SERVICES, LLC, et. al.<br>          Defendants. | Case No.: 5:23-cv-00359-SSS-SHKx<br><br>**ORDER** |

Pursuant to the stipulation of the Parties, defendant Equifax Information Services, LLC is dismissed with prejudice and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: September 26, 2023

_____
Hon. Sunshine Suzanne Sykes
UNITED STATES DISTRICT JUDGE